# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEANA YU, AN INDIVIDUAL; AND
SUJUAN HUANG, AN INDIVIDUAL,
                                        Appellants,
vs.
LIANG ZHANG, AN INDIVIDUAL; AND
LEI GE, AN INDIVIDUAL,
                                        Respondents.

No. 83206

FILED

NOV 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Susan Johnson, District Judge
      Charles K. Hauser, Settlement Judge
      Law Offices of P. Sterling Kerr
      Law Office of Andrew H. Pastwick, LLC
      Eighth District Court Clerk

21-31490